SOUTHERN DISTRICT
U?S. DISTRICT NY COURT NEW YORK

| | |
|---|---|
| ANDRE STEADMAN | Index No. 07-CV 3606 |
| **Plaintiff** | |
| against | Date Filed .................................. |
| THE CITY OF NEW YORK etal. | |
| **Defendant** | Office No. .................................. |

STATE OF NEW YORK, COUNTY OF QUEENS     SS:     The undersigned, being duly sworn, deposes and says;

deponent is not a party to the action, is over 18 years of age and resides at

That on May 23,2007 ⁷⁹ at 10"49 AM., at 120 E,119ST,EW UORK NY
deponent served the within *Spanish summons and complaint* on defendant therein named.

POLOCE OFFICER ANDREW BURNS

**INDIVIDUAL 1.** ☐ by delivering a true copy *of each* to said defendant personally; deponent knew the person so served to be the person described as said defendant therein. The language required by NYCRR 2900.2(e), (f) & (h) was set forth on the face of said summons(es).

**CORPORATION 2.** ☐ a corporation, by delivering thereat a true copy *of each* to personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be thereof.

**SUITABLE AGE PERSON 3.** ☐ by delivering thereat a true copy *of each* to SGT.DIAZ a co-worker a person of suitable age and discretion. Said premises is defendant's—actual place of business—dwelling house—usual place of abode—within the state. The language required by NYCRR 2900.2(e), (f) & (h) was set forth on the face of said summons(es).

**AFFIXING TO DOOR, ETC. 4.** ☐ by affixing a true copy *of each* to the door of said premises, which is defendant's—actual place of business—dwelling house—usual place of abode—within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age or discretion. thereat, having called there

Deponent spoke with Sgt.Diaz at the aforementioned address, who stated to deponent that the said defendant(s) lived—worked there.

That at the time of service as aforesaid, I asked person so served or person spoken to whether the defendant(s) herein was in the military service of the State of N.Y. or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid I aver that the defendant is not in the military service of the State of N.Y. or the United States as that term is defined in the statutes of the State of N.Y. or the Federal Soldiers and Sailors Civil Relief Act. Defendant(s) wore ordinary civilian clothes and no military uniform.
That at the time of such service I knew the person(s) so served as aforesaid to be the same person(s) mentioned and described in the said summons and complaint as the defendant(s) in this action

| | sex | color | hair | app. age | app. ht. | app. wt. |
|---|---|---|---|---|---|---|
| 1. | male | brown | black | 40-45 | 5:7+ | 170+ |
| 2. | | | | | | |

other identifying features:
of the summons and
said defendant (s) at the aforementioned last known residence

and on May 28,2007 I deposited in the U.S. mails a true copy
complaint properly enclosed and sealed in a post-paid wrapper addressed to the

Sworn to before me this

28 day of May,2007          19

ISRAEL L. SAPOZNICK
NOTARY PUBLIC, State of New York
No. 41-8764700
Qualified in Queens County
Commission Expires March 30, 1984

FLORENCE SAPOZNICK
NOTARY PUBLIC, State of New York
No. 41-8764695
Qualified in Queens County
Commission Expires March 30, 1984

Israel L. Sapoznick
Notary Public - New York
01SA8764700
Qualified in Queens County
Commission Expires Apr 30 2010

ROBETT CRANDALL
0955171