# TRACIE A. SUNDACK & ASSOCIATES, L.L.C.
## ATTORNEYS AT LAW

19 COURT STREET
THIRD FLOOR
WHITE PLAINS, NEW YORK 10601

TRACIE A. SUNDACK
_____

JEFFREY R. POLLACK
ALBERT PIZZIRUSSO

WEB: SUNDACKLAW.COM

TEL: (914) 946-8100
(212) 267-8400
FAX: (914) 946-9585

December 5, 2007

**VIA FACSIMILE (212) 805-7927**
Honorable Naomi R. Buchwald
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

RE:    Steadman v. City of New York, et al.
07-Civ-3606 (NRB)

Dear Honorable Judge:

As you are aware, I am an associate in the law office of Tracie A. Sundack & Associates, L.L.C., the attorneys for the Plaintiff in the above referenced matter. I am writing to inform the Court that the parties have reached a settlement agreement. Defendants will prepare the papers to finalize the parties' agreement. Once Plaintiff has signed the necessary papers, my office will then forward all papers to defense counsel so that they may then be forwarded to the Court for its endorsement.

Accordingly, Plaintiff agrees that the above captioned action be, and hereby is, discontinued without costs to either party and without prejudice to the right to restore the action to the calendar if the settlement is not effectuated within thirty (30) days.

Thank you for your attention to this matter.

Respectfully submitted,

Jeffrey R. Pollack (JP-7575)

So Ordered.

_(signature)_
_12/10/07_

cc:     Michael A. Cardozo, Corporation Counsel, Attn.: Gabriel Harvis, Esq.